```
BAKER DONALDSON                 MR. SCOTT HINES
4268 I-55 NORTH                 C/O JIM MARTIN, ESQ.
JACKSON, MS 39211               388 HIGHLAND COLONY
                                          PARKWAY
                                RIDGELAND, MS 39157


BANCORP SOUTH                   OMNI BANK
525 E. CAPITAL STREET           236 E. CAPITAL STREET
JACKSON, MS 39201               JACKSON, MS 39210



BANK FIRST                      TRAVELERS SURETY
1597 HIGHLAND COLONY                & CASUALTY CO.
          PARKWAY               1080 RIVER OAKS DR.
MADISON, MS 39110               FLOWOOD, MS 39232



COPELAND, COOK, TAYLOR          TRUSTMARK BANK
        & BUSH                  248 E. CAPITAL STREET
1076 HIGHLAND COLONY            JACKSON, MS 39201
          PARKWAY
RIDGELAND, MS 39157


HINES-PHILLIPS                  WATERPROFFING SYSTEMS
    PROPERTIES                  2193 FRISCO RD
C/O JIM MARTIN, ESQ.            MEMPHIS, TN 38114
388 HIGHLAND COLONY
RIDGELAND, MS 39157


JOHN LYLE ACOUSTICS
209 PARK COURT
RIDGELAND, MS 39157



KAY ATWOOD VANSKINER
212 DUCK COVE
MADISON, MS 39110



MR. BILLY ATWOOD
P. O. BOX 849
KOSCIUSKO, MS 39090



MR. E. R. HINES
C/O JIM MARTIN, ESQ.
388 HIGHLAND COLONY
          PARKWA
RIDGELAND, MS 39157
```