# United States Bankruptcy Court
### Southern District of Mississippi

In re: Harris Claiborne Frazier

Debtor(s)

Case No. 08-03051
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: October 23, 2008

/s/ Harris Claiborne Frazier
Harris Claiborne Frazier
Signature of Debtor