| | | |
|---|---|---|
| ACOUSTICS, INC.<br>C/O ROBINSON, BIGGS<br>111 CAPITOL BLDG<br>111 E CAPITOL, STE 101<br>JACKSON, MS 39201 | CBE GROUP<br>131 TOWER PARK DR<br>STE 100<br>WATERLOO, IA 50704 | FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 |
| ACOUSTICS, INC.<br>C/O JEREMY MCNINCH<br>111 CAPITOL BUILDING<br>111 E CAPITOL, STE 101<br>JACKSON, MS 39201 | CCS/FIRST NATIONAL BAN<br>500 E 60TH ST N<br>SIOUX FALLS, SD 57104 | G M A C<br>PO BOX 105677<br>ATLANTA, GA 30348 |
| ADV RECOVERY<br>972 HIGH ST<br>JACKSON, MS 39207 | CITZ NAT BK<br>P O BOX 911<br>MERIDIAN, MS 39302 | GEMB/BANANA REP<br>PO BOX 981400<br>EL PASO, TX 79998 |
| AMEX<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329 | CMI<br>4200 INTERNATIONAL<br>CARROLLTON, TX 75007 | GMAC COMMERCIAL |
| AMY ATWOOD FRAZIER<br>C/O DON MCGRAW, JR.<br>MONTGOMERY, MCGRAW<br>P. O. BOX 1039<br>CANTON, MS 39046 | CONNIE M. SMITH, ESQ<br>C/O SHOWS POWELL<br>2950 LAYFAIR DR<br>STE 101<br>FLOWOOD, MS 39232 | HEALTHCARE FINANCIAL S<br>643 LAKELAND EAST DR<br>JACKSON, MS 39232 |
| AMY ATWOOD FRAZIER<br>144 OVERLOOK POINTE<br>RIDGELAND, MS 39157 | COPELAND, COOK, TAYLOR<br>& BUSH<br>1076 HIGHLAND COLONY<br>PARKWAY<br>RIDGELAND, MS 39157 | HFS SVCS<br>643 LAKELAND EAST DR<br>JACKSON, MS 39232 |
| BAKER DONALDSON<br>4268 I-55 NORTH<br>JACKSON, MS 39211 | COPELAND, COOK, TAYLOR<br>& BUSH<br>ATTORNEYS AT LAW<br>P. O. BOX 6020<br>RIDGELAND, MS 39158 | HINES-PHILLIPS<br>PROPERTIES<br>C/O JIM MARTIN, ESQ.<br>388 HIGHLAND COLONY<br>RIDGELAND, MS 39157 |
| BANCORP SOUTH<br>525 E. CAPITAL STREET<br>JACKSON, MS 39201 | DISTRICT TAXPAYER OFFI<br>ATTN: MR. MAX HENRY<br>SPECIAL PROCEDURES<br>100 W. CAPITOL STOP 18<br>JACKSON, MS 39269 | HOLLY MERKH<br>C/O |
| BANK FIRST<br>1597 HIGHLAND COLONY<br>PARKWAY<br>MADISON, MS 39110 | ERGON PROPERTIES<br>C/O WATSON & JONES, PA<br>P O BOX 23546<br>JACKSON, MS 39225 | HOLLY MERKH HUGHES<br>C/O LOI REED, ESQ.<br>PURYEAR, NEWMAN<br>P. O. BOX 40<br>FRANKLIN, TN 37065 |

| | | |
|---|---|---|
| IRS<br>C/O U S ATTORNEY<br>188 E CAPITOL<br>STE 500<br>JACKSON, MS 39201 | MEDICAL DATA SYSTEMS I<br>645 WALNUT ST STE 5<br>GADSDEN, AL 35901 | OMNI BANK<br>236 E. CAPITAL STREET<br>JACKSON, MS 39210 |
| IRS<br>P O BOX 145585<br>STOP 842DG<br>CINCINNATI, OH 45250-5585 | MISS STATE TAX COMM<br>ATTN: MARY LARSON<br>P. O. BOX 1033<br>JACKSON, MS 39215 | OMNI BANK<br>P O BOX 468<br>BAY SPRINGS, MS 39422 |
| JAMES WALKER, ESQ<br>MADISON CO DHS<br>P. O. BOX 669<br>CANTON, MS 39046 | MR. BILLY ATWOOD<br>P. O. BOX 849<br>KOSCIUSKO, MS 39090 | OMNI BANK<br>C/O WILLIAM LITTLE<br>LENTZ & LITTLE, PA<br>P. O. BOX 22642<br>JACKSON, MS 39225 |
| JOHN LYLE ACOUSTICS<br>209 PARK COURT<br>RIDGELAND, MS 39157 | MR. BILLY ATWOOD<br>C/O DON MCGRAW, JR.<br>MONTGOMERY, MCGRAW,<br>P. O. BOX 1039<br>CANTON, MS 39046 | OMNI BANK<br>P O BOX 22624<br>JACKSON, MS 39225 |
| KAY ATWOOD VANSKINER<br>212 DUCK COVE<br>MADISON, MS 39110 | MR. E. R. HINES<br>C/O JIM MARTIN, ESQ.<br>388 HIGHLAND COLONY<br>PARKWA<br>RIDGELAND, MS 39157 | SHERRY FRAZIER<br>79 GRANDVIEW CIRCLE<br>BRANDON, MS 39047 |
| LAWS CONSTRUCTION CO<br>C/O THOMAS GERITY<br>WYATT, TARRANT & COMBS<br>P O BOX 16089<br>JACKSON, MS 39236 | MR. E. R. HINES<br>C/O JIM MARTIN, ESQ.<br>388 HIGHLAND COLONY<br>PARKWAY<br>RIDGELAND, MS 39157 | SOUTHFINS<br>PO BOX 15203<br>HATTIESBURG, MS 39407 |
| MARGARET A. FRAZIER<br>C/O CONNIE SMITH, ESQ<br>2950 LAYFAIR DR.<br>STE 101<br>FLOWOOD, MS 39232 | MR. E. R. HINES<br>C/O JIM MARTIN, ESQ.<br>388 HIGHLAND COLONY<br>PARKWAY<br>RIDGELAND, MS 39157 | THE AMERICAN INSUR CO<br>C/O KENNETH PERRY<br>SHELL, BUFORD, PLLC<br>P. O. BOX 157<br>JACKSON, MS 39205 |
| MARK SMITH<br>C/O DALE SCHWINDAMAN<br>SCHWINDAMAN LAW FIRM<br>112 BYRAM PKWY STE A<br>BYRAM, MS 39272 | MR. SCOTT HINES<br>C/O JIM MARTIN, ESQ.<br>388 HIGHLAND COLONY<br>PARKWAY<br>RIDGELAND, MS 39157 | TOYOTA MOTOR CREDIT CO<br>8550 UNITED PLAZA BLVD S<br>BATON ROUGE, LA 70809 |
| MARK SMITH<br>C/O SCHWINDAMAN LAW FI<br>112 BYRAM PARKWAY<br>STE A<br>BYRAM, MS 39272 | MS. SHIRLEY HINES<br>C/O JIM MARTIN, ESQ.<br>388 HIGHLAND COLONY<br>PARKWAY<br>RIDGELAND, MS 39157 | TOYOTA MOTOR CREDIT CO<br>8550 UNITED PLAZA<br>BOULDVARD SOUTH<br>BATON ROUGE, LA 70809 |

```
TRAVELERS SURETY                WATERPROOFING SYSTEMS
    & CASUALTY CO.              C/O DORSEY CARSON
1080 RIVER OAKS DR.             BURR & FORMAN
FLOWOOD, MS 39232               401 E CAPITAL, STE 100
                                JACKSON, MS 39201


TRUSTMARK BANK                  WILLIAM MATHISON, IV
248 E. CAPITAL STREET           C/O ROBERT HUTCHISON
JACKSON, MS 39201               FORMAN PERRY LLP
                                P. O. BOX 2608
                                JACKSON, MS 39225


TRUSTMARK NAT BANK
SPECIAL ASSESTS DEPT
P. O. BOX 1928
BRANDON, MS 39043


TRUSTMARK NAT. BANK
JACKSON MAIN OFFICE
P O BOX 291
JACKSON, MS 39205


TRUSTMARK NAT. BANK
C/O GREGORY HARPER
ATTORNEY AT LAW
3 COUNTRY PLACE
PEARL, MS 39208


TRUSTMARK NATIONAL BAN
PO BOX 291
JACKSON, MS 39205



TRUSTMARK NATIONAL BAN
248 E CAPITOL ST
JACKSON, MS 39201



WASH MUTUAL/PROVIDIAN
PO BOX 9180
PLEASANTON, CA 94588



WATERPROFFING SYSTEMS
2193 FRISCO RD
MEMPHIS, TN 38114
```