# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**                                                                                       **CHAPTER 7**
**HARRIS CLAIBORNE FRAZIER**                                           **CASE NO. 0803051EE**

## ORDER RESOLVING
### *ORDER TO SHOW CAUSE*

**THIS MATTER** came before the Court on the *Order to Show Cause* why the above styled case should not be dismissed and/or sanctions imposed for failure to cure the deficiencies listed below which were specified in the Deficiency Notices dated October 9, 2008, and October 23, 2008:

1. failure to pay the filing fee of $299 pursuant to Federal Rule of Bankruptcy Procedure 1006(a);

2. failure to comply with the Deficiency Notice issued on October 9, 2008, regarding credit counseling; and

3. failure to comply with the Deficiency Notice issued on October 27, 2008, regarding the Amended Mailing Matrix filed on October 23, 2008.

Having considered that the filing fee has been paid but that neither Deficiency Notice has been cured, the Court finds that the above styled case should be dismissed for failure to comply with the credit counseling requirements found in 11 U. S. C. § 109(h).

**IT IS THEREFORE ORDERED** that the above styled case is hereby dismissed for failure to comply with the credit counseling requirements found in 11 U. S. C. § 109(h).

**SO ORDERED.**