**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:  HARRIS CLAIBORNE FRAZIER,** | Case No. 08-03051-EE |
| Debtor | Chapter 7 |

**MOTION TO SUBSTITUTE ATTACHMENTS TO PROOF OF CLAIM
OR FOR RELATED RELIEF**

COMES NOW Travelers Casualty and Surety Company of America ("Travelers"), by and through its attorneys, and files this Motion to Substitute Attachments to Proof of Claim or for Related Relief.  In support thereof, Travelers would show as follows:

1.  On or about November 25, 2008, Travelers filed its Proof of Claim in the above referenced matter.  See Claim No. 1.

2.  In the attachments to the proof of claim, undersigned counsel inadvertently included information which should not have been included.

3.  Travelers seeks an order authorizing and directing the Clerk of the Court to disable the claim or the attachments to the claim so that it is inaccessible to the public on the Court's CM/ECF system and otherwise, and to receive and file an amended proof of claim with the proper attachments thereto.

WHEREFORE PREMISES CONSIDERED, Travelers requests that the Court enter an order authorizing and directing the Clerk of the Court to disable the claim or the attachments to the claim so that it is inaccessible to the public on the Court's CM/ECF system and otherwise, and to receive and file an amended proof of claim with the proper attachments thereto.

This the 22nd day of December, 2008.

        Respectfully submitted,

        TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

  By: /s/ John A. Crawford, Jr.
        JOHN A. CRAWFORD, JR., MB # 10346

        ITS ATTORNEYS

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, AmSouth Plaza
Post Office Box 22567
Jackson, Mississippi 39225-2567
(P)(601) 948-5711
(F)(601) 985-4500
(E) jack.crawford@butlersnow.com
(E) paul.ellis@butlersnow.com

# **CERTIFICATE OF SERVICE**

I, John A. Crawford, Jr., attorney for Travelers, do hereby certify that I mailed the foregoing, via U.S. mail, to the following:

Rob Curtis
Post Office Box 4169
Jackson, MS  39296

Derek Henderson
111 E. Capitol Street, Suite 455
Jackson, MS  39201-2403

This the 22nd day of December, 2008.

/s/ Jack Crawford\_\_\_\_
JOHN A. CRAWFORD, JR.