**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:  HARRIS CLAIBORNE FRAZIER,**            **Case No. 08-03051-EE**
    **Debtor**                                                                                                            **Chapter 7**

**ORDER GRANTING MOTION TO SUBSTITUTE ATTACHMENTS
TO PROOF OF CLAIM OR FOR RELATED RELIEF**

CAME BEFORE THE COURT the motion of Travelers Casualty and Surety Company of America ("Travelers") substitute attachments to proof of claim or for related relief.  After consideration of the submission of the party, the Court finds that the motion is well taken, and should be granted.

THEREFORE, IT IS ORDERED that the Clerk of the Court shall disable the attachments to Travelers' proof of claim, or if necessary disable the entirety of the claim so that the attachments are inaccessible to the public on the Court's CM/ECF system and otherwise, and to receive and file an amended proof of claim with the proper attachments thereto.

So Ordered.

Submitted by:

/s/ John A. Crawford, Jr._____
JOHN A. CRAWFORD, JR., MB # 10346
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, AmSouth Plaza
Post Office Box 22567
Jackson, Mississippi 39225-2567
(P)(601) 948-5711
(F)(601) 985-4500
(E) jack.crawford@butlersnow.com