**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **BANKRUPTCY PROCEEDING** |
| **HARRIS CLAIBORNE FRAZIER** | **CASE NUMBER: 08-03051 EE** |

**TRUSTEE'S NOTICE OF CHANGE OF STATUS**

COMES NOW, the undersigned Trustee in the above captioned case and states that although the case was previously noticed to parties-in-interest as a no-asset case, the Trustee has discovered assets which may result in a distribution to creditors of the estate.

THEREFORE, it is requested that a notice to file claims should be mailed to all creditors of record.

DATED this the 11th day of March, 2009.

Respectfully submitted,

s/ Derek A. Henderson
DEREK A. HENDERSON, TRUSTEE

**CERTIFICATE OF SERVICE**

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via United States Mail, postage prepaid, a true and correct copy of the above and foregoing Trustee's Notice of Change of Status to the following:

Office of the U.S. Trustee
100 West Capitol Street, Suite 706
Jackson, MS 39269

This the 11th day of March, 2009.

s/ Derek A. Henderson
DEREK A. HENDERSON