04/30/2009    21:36    6624732030    JOHN J CROW    PAGE 15/18
09/05/2007    6013641793    GSSLAW    PAGE 08/41



**JAMES B. GRENFELL**
**ATTORNEY AT LAW**
P.O. BOX 16570
JACKSON, MS 39236

1763

03/30

DATE 6-14-01

PAY TO THE ORDER OF Taylor Covington & Smith PA    $ 23,000.00

Twenty Three Thousand 00/100    DOLLARS

AmSouth BANK
THE RELATIONSHIP PEOPLE    T-50139
The Van Buren

FOR VB Brown downpayment

"001763"    :065305159:    :0002300000:

**EXHIBIT**
"F"

04/30/2009  21:36    6624732030    JOHN J CROW    PAGE  14/18
09/05/2007  08:34  5013661799    GSSLAW    PAGE  10/41





04/20/2009 21:36 6524732030 JOHN J CROW PAGE 13/18
09/05/2007 15:21 16013581799 GSSLAW PAGE 04/41



**JAMES B. GRENFELL**
**ATTORNEY AT LAW**
P.O. BOX 16576
JACKSON, MS 39236

1727

DATE 4-20-01

PAY TO THE ORDER OF _Taylor, Covington + Smith_ $ 1,000.00

_One thousand no/100_ DOLLARS

**AmSouth** BANK
THE RELATIONSHIP PEOPLE
T-50139 Van Buren Group
FOR _Op. - unit # 202_

#001727# 

TRUSTMARK NATIONAL BANK
JACKSON, MS 39205
FOR DEPOSIT ONLY
TAYLOR COVINGTON & SMITH, P.A.
TRUST ACCOUNT

FILED
STATE OF MISSISSIPPI
LAFAYETTE COUNTY

2005 AUG 12 AM 10: 43

## WARRANTY DEED

CHANCERY CLERK

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00), cash in hand paid, and other good and valuable considerations, the receipt and sufficiency of all of which are hereby acknowledged, the undersigned **VAN BUREN GROUP, LLC, a Mississippi limited liability company,** does hereby sell, convey and warrant unto **LANGSTON OXFORD PROPERTIES, L.P., a Mississippi limited partnership,** the following described land and property lying and being situated in the City of Oxford, Lafayette County, State of Mississippi, more particularly described as follows, to-wit:

> Unit 102, in the Plan of Condominium of The Van Buren, a condominium as same is created, established and dedicated in a certain Plan of Condominium and Declaration of Covenants, Conditions, and Restrictions of record in the office of the Chancery Clerk of Lafayette County in Oxford, Mississippi in Book 514 at Page 614, together with an undivided 1/30th interest in and to the Common Area of the Van Buren appurtenant to said unit, as such interest is defined in the Plan of Condominium and Declaration of Covenants, Conditions, and Restrictions thereto.

IT IS AGREED AND UNDERSTOOD that taxes for the current will be paid by the Grantor, and the Grantee assumes and agrees to pay taxes for the year 2004 and all subsequent years.

THIS CONVEYANCE and the warranty herein contained are subject to:

1. Any prior reservations or conveyances of all oil, gas and other minerals in, on or under the above described property of record, if any;

2. Electrical and gas lines on or adjacent to the west boundary running along 14th Street as shown on survey of Eubank & Moore Engineers, Inc., dated March, 28, 2001 as revised August 30, 2001.

3. The terms, conditions, restrictions, privileges, easements and obligations, including the right to create assessments, as contained in that certain Plan of Condominium and Declaration of Covenants, Conditions and Restrictions for The Van Buren, executed by Van Buren Group, LLC,

Instrument 200507881 Page   1 of   3

EXHIBIT

"G"

on file and of record in the office of the Chancery Clerk of Lafayette County, Mississippi in Book 514 at Page 614.

IN WITNESS WHEREOF, the undersigned has caused this instrument to be executed by its duly authorized officer/representative on this the 28th day of July, 2003.

VAN BUREN GROUP, LLC

BY: *H. Claiborne Frazier*

H. Claiborne Frazier, Manager

STATE OF MISSISSIPPI

COUNTY OF HINDS

PERSONALLY appeared before me, the undersigned authority in and for the said county and state, on this the 28th day of July, 2003, within my jurisdiction, the within named H. Claiborne Frazier, who acknowledged that he is the Manager of Van Buren Group, LLC, a Mississippi manager-managed limited liability company and that for and on behalf of said company, and as its act and deed, he executed the foregoing instrument of writing after first having been duly authorized by said company so to do.

Notary Public State of Mississippi
At Large
My Commission Expires
February 2, 2007
BONDED THRU
HEIDEN, BROOKS & GARLAND, INC.

My Commission Expires

*Sedra Allison*

Notary Public

Case 08-03051-ee    Doc 126-2    Filed 06/22/09    Entered 06/22/09 14:55:38    Desc
Exhibit H - Page 6 of 19
AUG-20-2007 MON 01:01 PM LANGSTON AND LANGSTON    FAX NO. 801 968 1356    P. 08
08/18/2007 16:19 FAX 601 208 5030    TRUSTMARK COMM LENDING    @003

Page 1 of 3







Trustmark



Seq:0308190103260529| Account:00001007737463| Serial:0000001905| Date:20030819| Amount:000000022056500

**SHANE F. LANGSTON** 02-01
P.O. BOX 23307   PH. 969-1356
JACKSON, MS 39225

85-27/663
1007737463

1905

DATE 8/18/03

PAY TO THE ORDER OF _Van Buren Grain LLC_ _____ $220 565 ⁰⁰

_Two hundred twenty thousand five hundred sixty five + ⁰⁰⁄₁₀₀_ DOLLARS

**Trustmark**
National Bank
Jackson MS

MEMO _Purchase of #102 Van Buren Condo._ _Shane F. Langston_

1905   "002 20 56 500"

Van Buren Grain, LLC
Mgr. Charleston Flowers

http://wilson3:90/TMKImage/DefImages4Print1.asp?numvals=1&seqvals=030819010326...   8/10/2007

04/30/2009 21:36   66247320030   JOHN J CROW   PAGE 11/18



04/30/2009  21:36    66247323030    JOHN J CROW    PAGE 09/18

5 48

RETURN TO: BCC
TAYLOR, COVINGTON & SMITH
P.O. BOX 3509
JACKSON, MS 39207-3509
601-969-7817

## WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00), cash in hand paid; and other good and valuable considerations, the receipt and sufficiency of all of which are hereby acknowledged, the undersigned **VAN BUREN GROUP, LLC, a Mississippi limited liability company,** does hereby sell, convey and warrant unto **SUSAN M. BRYAN,** the following described land and property lying and being situated in the City of Oxford, Lafayette County, State of Mississippi, more particularly described as follows, to-wit:

> Unit 207, in the Plan of Condominium of The Van Buren, a condominium as same is created, established and dedicated in a certain Plan of Condominium and Declaration of Covenants, Conditions, and Restrictions of record in the office of the Chancery Clerk of Lafayette County in Oxford, Mississippi, together with the an undivided 1/30th interest in and to the Common Area of the Van Buren appurtenant to said unit, as such interest is defined in the Plan of Condominium and Declaration of Covenants, Conditions, and Restrictions thereto.

IT IS AGREED AND UNDERSTOOD that taxes for the current year have been prorated as of this date on an estimated basis, and when said taxes are actually determined, if the proration as of this date is incorrect, then the Grantor and the Grantee, or his assigns, agree to re-prorate the taxes on exact taxes due for the current year and any deficit or overage shall be paid to the proper party.

THIS CONVEYANCE and the warranty herein contained are subject to:

1. Any prior reservations or conveyances of all oil, gas and other minerals in, on or under the above described property of record, if any;

2. Electrical and gas lines on or adjacent to the west boundary running along 14th Street as shown on survey of Eubank & Moore Engineers, Inc., dated March, 28, 2001 as revised August 30, 2001.

1



EXHIBIT

"I"

549

3. The terms, conditions, restrictions, privileges, easements and obligations, including the right to create assessments, as contained in that certain Plan of Condominium and Declaration of Covenants, Conditions and Restrictions for The Van Buren, executed by Van Buren Group, LLC, on file and of record in the office of the Chancery Clerk of Lafayette County, Mississippi in Book 514 at Page 614.

IN WITNESS WHEREOF, the undersigned has caused this instrument to be executed by its duly authorized officer/representative on this the _3rd_ day of September, 2003.

VAN BUREN GROUP, LLC

BY: _H. Claiborne Frazier_
H. Claiborne Frazier, Manager

STATE OF MISSISSIPPI

COUNTY OF _Winds_

PERSONALLY appeared before me, the undersigned authority in and for the said county and state, on this the _3rd_ day of September, 2003, within my jurisdiction, the within named H. Claiborne Frazier, who acknowledged that he is the Manager of Van Buren Group, LLC, a Mississippi manager-managed limited liability company and that for and on behalf of said company, and as its act and deed, he executed the foregoing instrument of writing after first having been duly authorized by said company so to do.

Notary Public State of Mississippi
At Large
My Commission Expires
February 2, 2007
BONDED THRU
HEIDEN, BROOKS & GARLAND, INC.

My Commission Expires:

_____
Notary Public

STATE OF MISSISSIPPI
LAFAYETTE COUNTY   41400
I, BILL PLUNK, Chancery Clerk of Lafayette County in said State hereby certify that the within instrument was filed for record at 9:52 o'clock A. M. on the 13 day of Oct 2003 and duly recorded in book _____ on page _____
Given under my hand and seal of office this 13 day of Oct A.D., 2003
BILL PLUNK, Clerk
By _____ D.C.

2

550

Address & Phone of Grantor:

5247 Greenway Drive
Jackson, MS 39204
Home Phone: n/a
Business Phone: ~~601~~

Address and Phone of Grantee:

2806 Lombardy Avenue
Memphis, TN 38111
Home Phone: ~~~~
Business Phone: n/a

Indexing Instructions:

Unit 207 of The Van Buren
City of Oxford, Lafayette County, Mississippi

Prepared By:

Taylor, Covington & Smith, P.A.
Post Office Box 3509
Jackson, MS 39207-3509
601/969-7817

3

STATE OF MISSISSIPPI
COUNTY OF LAFAYETTE
THIS INSTRUMENT WAS FILED FOR RECORD THIS 13 DAY OF _Oct_ , 2003
AT 9:50 O'CLOCK A.M. AND RECORDED IN BOOK 518 PAGE 548 HIS 13 DAY
OF _Oct_ , 2003.

BILL BLUNK, CHANCERY CLERK

BY: _____

First Tennessee Banking Online

# First Tennessee | Banking Online

- Banking Online
- Transfer Funds
- Bill Pay Online
- Monthly Statements
- Customer Service
- Customize Settings
- Open an Account
- Log Out

- Account Summary
- Search Transactions
- Export Data
- Stop Payment
- Add Accounts
- Remove Accounts

# View Checks/Deposits

| Posting Date | DR/CR | Amount | Account # | Check # |
|---|---|---|---|---|
| 20020802 | Check | $24,900.00 | 120 | 1516 |



EXHIBIT

"J"

First Tennessee Banking Online                                            Page 2 of 2



< Back

- Privacy
- Security

For help, call 800-382-5465 or e-mail us.

© 2007 First Horizon National Corporation. All Rights Reserved.

1800

26-2/840

LARRY H. OR SUSAN M. BRYAN
2806 LOMBARDY RD
MEMPHIS, TN 38111

Date 5/13/03

Pay To The
Order Of    Frazier Development, LLC    $ 12,857 41

TWELVE THOUSAND EIGHT HUNDRED FIFTY-SEVEN AND 41/100    DOLLARS

FIRST TENNESSEE
FOR CHECK VERIFICATION DIAL 1-800-384-8700

Priority
Choices

Memo

Larry H Bryan JP


1799

26-2/840

LARRY H. OR SUSAN M. BRYAN
2806 LOMBARDY RD
MEMPHIS, TN 38111

Date 5/13/03

Pay To The
Order Of    Van Buren Group, LLC    $ 228,100 00

TWO HUNDRED TWENTY-EIGHT THOUSAND ONE HUNDRED AND NO/100    DOLLARS

FIRST TENNESSEE
FOR CHECK VERIFICATION DIAL 1-800-384-8700

Priority
Choices

Memo Van Buren #207

Larry H Bryan JP

## WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00), cash in hand paid; and other good and valuable considerations, the receipt and sufficiency of all of which are hereby acknowledged, the undersigned **VAN BUREN GROUP, LLC, a Mississippi limited liability company**, does hereby sell, convey and warrant unto **NORMA S. BOURDEAUX**, the following described land and property lying and being situated in the City of Oxford, Lafayette County, State of Mississippi, more particularly described as follows, to-wit:

> Unit 111, in the Plan of Condominium of The Van Buren, a condominium as same is created, established and dedicated in a certain Plan of Condominium and Declaration of Covenants, Conditions, and Restrictions of record in the office of the Chancery Clerk of Lafayette County in Oxford, Mississippi, together with an undivided 1/30th interest in and to the Common Area of the Van Buren appurtenant to said unit, as such interest is defined in the Plan of Condominium and Declaration of Covenants, Conditions, and Restrictions thereto.

IT IS AGREED AND UNDERSTOOD that taxes for the current year have been assumed by the Grantee.

THIS CONVEYANCE and the warranty herein contained are subject to:

1. Any prior reservations or conveyances of all oil, gas and other minerals in, on or under the above described property of record, if any;

2. Electrical and gas lines on or adjacent to the west boundary running along 14th Street as shown on survey of Eubank & Moore Engineers, Inc., dated March, 28, 2001 as revised August 30, 2001.

3. Any and all protective covenants, building restrictions, rights of way or easements applicable to the above described property.

4. Ad valorem taxes for current and future years;

Instrument 200509535 Page   1 of   3

1



5. The terms, conditions, restrictions, privileges, easements and obligations, including the right to create assessments, as contained in that certain Plan of Condominium and Declaration of Covenants, Conditions and Restrictions for The Van Buren, executed by Van Buren Group, LLC, on file and of record in the office of the Chancery Clerk of Lafayette County, Mississippi in Book 514 at Page 614.

IN WITNESS WHEREOF, the undersigned has caused this instrument to be executed by its duly authorized officer/representative on this the 14th day of September, 2005.

VAN BUREN GROUP, LLC, a Mississippi
Limited Liability Company

BY: _H. Claiborne Frazier_
H. Claiborne Frazier, Manager

STATE OF MISSISSIPPI

COUNTY OF HINDS

PERSONALLY appeared before me, the undersigned authority in and for the said county and state, on this the 14th day of September, 2005, within my jurisdiction, the within named H. Claiborne Frazier, who acknowledged that he is the Manager of Van Buren Group, LLC, a Mississippi manager-managed limited liability company and that for and on behalf of said company, and as its act and deed, he executed the foregoing instrument of writing after first having been duly authorized by said company so to do.

_Julie Smith_
Notary Public

My Commission Expires:

Notary Public State of Mississippi
At Large
My Commission Expires
March 28, 2009
BONDED THRU
HEIDEN, BROOKS & GARLAND, INC.

Instrument 200509535 Page    2 of    3

2

Address & Phone of Grantor:

5247 Greenway Drive
Jackson, MS 39204
Home Phone: n/a
Business Phone: ~~redacted~~

Address and Phone of Grantee:

~~1400 Van Buren~~
~~Oxford MS 38655~~
Home Phone: ~~redacted~~
Business Phone: _____

Indexing Instructions:
Unit 111 of The Van Buren
City of Oxford, Lafayette County, Mississippi

Prepared By:
Roger W. Williams
Watkins & Eager PLLC
P.O. Box 650
Jackson, MS 39205

FILED
STATE OF MISSISSIPPI
LAFAYETTE COUNTY
2005 SEP 23  AM 11: 17
CHANCERY CLERK
BY DC _____

*This instrument was prepared at the request of the parties without the benefit of a title examination.

Chancery Clerk
Lafayette County, Mississippi
I certify the instrument
was recorded on
SEPTEMBER 23 2005   12:12:35PM
Instrument ~~redacted~~ Page   3 of   3
Witness my hand and seal
_____ D.C.
Sherry Wall

N:\1811\2005\22633\WD.111 VanBuren.wpd

# Great Southern National Bank

This item(s) is provided as a customer service of Great Southern National Bank.



# Great Southern National Bank

This item(s) is provided as a customer service of Great Southern National Bank.

NORMA S. BOURDEAUX
P.O. BOX 3698
MERIDIAN, MS 39303

BANK OF MERIDIAN
MERIDIAN, MS 39301
83-378/053

4821

1-22-03

PAY TO THE
ORDER OF  Van Buren Group, LLC                                  $ 181,000.00

One hundred eighty one thousand and 00/100 —————————— DOLLARS

MEMO  unit # 111  purchase amounts

NORMA S. BOURDEAUX

Norma S. Bourdeaux