| A. Settlement Statement | U.S. Department of Housing and Urban Development | | OMB No. 2502-0265 |
|---|---|---|---|

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1.☐ FHA  2.☐ RHS  3.☒ Conv. Unins.  4.☐ VA  5.☐ Conv. Ins. | 6. File Number 06083 | 7. Loan Number 903550 | 8. Mortgage Insurance Case Number | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| COAST RANGE REALTY EXCHANGE, INC., QUALIFIED INTERMEDIARY FOR IAN AND NANCY ZIMMERMAN, AS TRUSTEES OF THE ZIMMERMAN FAMILY TRUST 1029 HIGHWAY 51 MADISON, MS 39110 | MADISON MARKET, LLC 1029 HIGHWAY 51 MADISON, MS 39110 | MIDFIRST BANK 501 GRAND BLVD. OKLAHOMA CITY, OK 73118 |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 1029 HIGHWAY 51 MADISON, MS 39110 LOT 1, MADISON MARKET, MADISON COUNTY, MS | MASSEY, HIGGINBOTHAM, VISE & PHILLIPS, P.A. | |
| | Place of Settlement 3003 LAKELAND COVE, SUITE D JACKSON, MS 39232 | I. Settlement Date 04/25/06 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 4,885,000.00 | 401. Contract sales price | 4,885,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 90,962.58 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes       to | | 406. City/town taxes       to | |
| 107. County taxes       to | | 407. County taxes       to | |
| 108. Assessments       to | | 408. Assessments       to | |
| 109. ESCROW BALANCE - MIDFIRST BANK | 19,794.07 | 409. ESCROW BALANCE - MIDFIRST BANK | 19,794.07 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 4,995,756.65 | 420. GROSS AMOUNT DUE TO SELLER | 4,904,794.07 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 72,893.88 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 117,554.66 | 502. Settlement charges to seller (line 1400) | 319,669.01 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. SECURITY DEPOSIT CREDIT | 15,903.82 | 506. SECURITY DEPOSIT CREDIT | 15,903.82 |
| 207. RENT CREDIT 4/25-4/30 | 6,595.62 | 507. RENT CREDIT 4/25-4/30 | 6,595.62 |
| 208. 1031 EXCHANGE PROCEEDS | 1,262,874.55 | 508. | |
| 209. ASSUME LOAN NUMBER 903550 | 3,332,455.34 | 509. ASSUME LOAN NUMBER 903550 | 3,332,455.34 |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes       to | | 510. City/town taxes       to | |
| 211. County taxes   01/01 to 04/25 | 16,006.84 | 511. County taxes   01/01 to 04/25 | 16,006.84 |
| 212. Assessments       to | | 512. Assessments       to | |
| 213. | | 513. EARNEST MONEY | 50,000.00 |
| 214. ADDITIONAL EARNEST MONEY | 50,000.00 | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 4,874,284.71 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 3,740,630.63 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 4,995,756.65 | 601. Gross amount due to seller (line 420) | 4,904,794.07 |
| 302. Less amounts paid by/for borrower (line 220) | 4,874,284.71 | 602. Less reduction amount due to seller (line 520) | 3,740,630.63 |
| 303. CASH      FROM      BORROWER | 121,471.94 | 603. CASH      TO      SELLER | 1,164,163.44 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on Line 401 above constitutes the Gross Proceeds of this transaction.

SELLER INSTRUCTIONS: To determine if you have to report the sale or exchange of your primary residence on your tax return, see the Schedule D (Form 1040) Instructions. If the real estate was not your primary residence, complete the applicable parts of Form 4797, Form 6252, and /or Schedule D (Form 1040).

MADISON MARKET, LLC

You are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN#




04-27-2006 at 5:18 PM                                    RESPA, HB 4305.2 - REV. HUD1(3/86)

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT — SETTLEMENT STATEMENT — PAGE 2

File Number: 6698

| L. SETTLEMENT CHARGES: | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ 4,885,000.00 @ | | | = 197,700.00 | | |
| Division of commission (line 700) as follows: | | | | | |
| 701. $ 98,850.00 to MARK S. BOUNDS REALTY PARTNERS | | | | | |
| 702. $ 98,850.00 to WARWICK PROPERTIES | | | | | |
| 703. Commission paid at Settlement | | | | | 197,700.00 |
| 704. | | | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | P.O.C. | | |
| 801. Loan Origination Fee | % | FINANCIAL FEDERAL | | 34,500.00 | |
| 802. Loan Discount | % | | | | |
| 803. Appraisal Fee | to | | | | |
| 804. Credit Report | to | | | | |
| 805. Lender's Inspection Fee | to | | | | |
| 806. Mtg. Ins. Application Fee | to | | | | |
| 807. Assumption Fee | to | MIDFIRST BANK | 34500B | | |
| 808. UNDERWRITING FEE | | | | | |
| 809. TAX SERVICE FEE | | | | | |
| 810. 4/1 NOTE PYMT+ LATE FEE 984.71 | | MIDFIRST BANK | | | 20,653.73 |
| 811. PRORATE INTEREST FOR APR | | MIDFIRST BANK | | 3,381.40 | 13,445.28 |
| 812. ADDL ESCROW | | MIFFIRST BANK | | 3,100.73 | |
| 813. AMORTIZATION SCHEDULE FEE | | | | | |
| 814. MAY 1 NOTE PAYMENT | | MIDFIRST BANK | | | |
| 815. ATTNY FEE TO VAN OS -L COUNSEL | | | | 8,985.00 | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. Interest from to @$ | | /day | | | |
| 902. Mortgage Insurance Premium | to | | | | |
| 903. Hazard Insurance Premium | yrs. to | ST. PAUL | | 9,090.00 | |
| 904. | | | | | |
| 905. | | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | | | |
| 1001. Hazard Insurance | mo. @$ | | / mo. | | |
| 1002. Mortgage Insurance | mo. @$ | | / mo. | | |
| 1003. City property taxes | mo. @$ | | / mo. | | |
| 1004. County property taxes | mo. @$ | | / mo. | | |
| 1005. Annual Assessments | mo. @$ | | / mo. | | |
| 1006. PRVWSD RENT | mo. @$ | | / mo. | | |
| 1007. | mo. @$ | | / mo. | | |
| 1008. Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | | | |
| 1100. TITLE CHARGES | | | | | |
| 1101. Settlement or closing fee | to | | | | |
| 1102. Abstract or title search | to | | | | |
| 1103. Title examination | to | MASSEY, HIGGINBOTHAM, VISE & PHILLIPS, P.A | | | 463.00 |
| 1104. Title insurance binder | to | | | | |
| 1105. Document preparation | to | | | | |
| 1106. Notary fees | to | | | | |
| 1107. Attorney's fees | to | MASSEY, HIGGINBOTHAM, VISE & PHILLIPS, P.A | | 15,702.45 | |
| (includes above item No: | | ) | | | |
| 1108. Title insurance | to | FIRST AMERICAN TITLE INSURANCE COMPANY | | 15,933.00 | |
| (includes above item No: | | ) | | | |
| 1109. Lender's coverage 117,554.66 — 15,933.00 | | | | | |
| 1110. Owner's coverage | | | | | |
| 1111. | | | | | |
| 1112. ATTY FEE | | WATKINS & EAGER ATTORNEYS | | | 25,482.00 |
| 1113. | | | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
| 1201. Recording fees Deed $ 155.00 ; Mortgage $ ; Releases $ | | | | 130.00 | 25.00 |
| 1202. City/county/stamps Deed $ ; Mortgage $ | | | | | |
| 1203. State tax/stamps Deed $ ; Mortgage $ | | | | | |
| 1204. | | | | | |
| 1205. | | | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | | |
| 1301. Survey | to | H. D. LANG and ASSOCIATES | | | 1,800.00 |
| 1302. Pest inspection | to | | | | |
| 1303. EXPRESS AND/OR WIRE CHARGES | MASSEY, HIGGINBOTHAM, VISE & PHILLIPS, P.A | | | 160.00 | 100.00 |
| 1304. PEARL RIVER VALLEY DIST RENT | | | | | |
| 1305. 1997 AD VALOREM TAXES | | | | | |
| 1306. | | | | | |
| 1307. CONSTRUCTION PAYOFF | | YOUNG CONSTRUCTION, LLC | | | 60,000.00 |
| 1308. | | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103 and 502, Sections J and K) | | | | 90,962.58 | 319,669.01 |

MADISON MARKET, LLC

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____    _____
COAST RANGE REALTY EXCHANGE, INC.,    QUALIFIED INTERMEDIARY FOR IAN

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____    _____
MASSEY, HIGGINBOTHAM, VISE & PHILLIPS, P.A.    Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

04-27-2006 at 5:18 PM    RESPA, HB 4305.2 - REV. HUD1(3/86)