BOOK 0312 PAGE 0408

IN THE CHANCERY COURT OF MADISON COUNTY, MISSISSIPPI

R. SCOTT HINES, E. R. HINES, JR.                      PLAINTIFFS
and SHIRLEY M. HINES

v.                                        CIVIL ACTION FILE NO. 2006-717

JACKSON METRO PROPERTIES, LLC,
FRAZIER DEVELOPMENT, LLC,
C.E. FRAZIER, JR. and H. CLAIBORNE FRAZIER        DEFENDANTS



SEP 2 6 2007

BARBARA DUNN, CIRCUIT CLERK

## AGREED JUDGMENT

THIS CAUSE having come on for hearing on the Complaint filed herein by Plaintiffs, and the Court having considered said Complaint and Answer of Defendants filed herein, and such matters as presented by parties present, and otherwise being thoroughly familiar in the premises is of the opinion and so finds that this Court has complete jurisdiction of the parties and subject matter of this proceeding; that Plaintiffs and Defendants have announced that they have entered into a full and complete settlement of all issues joined herein and have likewise agreed to the entry of this Agreed Judgment, as evidenced by the signatures affixed hereto, and that this Agreed Judgment should be entered forthwith, good cause having been shown therefor.

IT IS THEREFORE, ORDERED AND ADJUDGED that Plaintiffs should be and hereby are awarded a judgment against Defendants Jackson Metro Properties, LLC, Frazier Development, LLC, C.E. Frazier, Jr., and H. Claiborne Frazier: as follows:

a.    For E. R. Hines, Jr. the sum of $133,250.00, plus interest at the rate of eleven per cent (11%) per annum from and after August 1, 2007, until paid.

b.    For Shirley M. Hines the sum of $62,347.73, plus interest at the rate of eleven per cent (11%) per annum from and after August 1, 2007, until paid.;



EXHIBIT D



FILED THIS DATE
SEP 0 6 2007
ARTHUR JOHNSTON, CHANCERY CLERK
BY _____ D.C.

BOOK 0312 PAGE 0409

e. For E. R. Hines, Jr. and Shirley M. Hines all costs incurred herein, for all of which let execution issue.

SO ORDERED AND ADJUDGED this the 6th day of September 2007.

_____
CHANCERY COURT JUDGE

APPROVED:

R. Scott Hines, E. R. Hines, Jr.
and Shirley M. Hines, Plaintiffs

By: _____
JAMES L. MARTIN, Their Attorney

JACKSON METRO PROPERTIES, LLC, Defendant

By: _____

FRAZIER DEVELOPMENT, LLC, Defendant

By: _____

_____
C. E. FRAZIER, JR., Defendant

_____
H. CLAIBORNE FRAZIER, Defendant

Prepared by:

James L. Martin
Depot Building
105 Depot Drive
Madison, MS 39110
601-605-8692
MS BAR NO. 1891

STATE OF MISSISSIPPI
MADISON COUNTY
    I, Arthur Johnston, Chancery Clerk of the above named County and State, do certify that the foregoing instrument is a true and correct copy of the original.
    Witness my signature and seal of court
This the ___ day of Sept., 2007
ARTHUR JOHNSTON, CHANCERY CLERK
BY: _____ D.C.

2

STATE OF MISSISSIPPI
MADISON COUNTY
    I, Arthur Johnston, Chancery Clerk of the above named County and State, do certify that the foregoing instrument is a true and correct copy of the original.
    Witness my signature and seal of court
This the 27th day of Sept., 2007
ARTHUR JOHNSTON, CHANCERY CLERK
BY: _____ D.C.

MADISON COUNTY MS   This instrument was filed for record September 6, 2007.
Book 312   Page 408
ARTHUR JOHNSTON, C. C.
BY: R. Sievers D.C.