BOOK **ORIGINAL**

IN THE CHANCERY COURT OF MADISON COUNTY, MISSI

HINES-PHILLIPS PROPERTIES, LLC,
and E. R. HINES, JR.                                                                                                              PLAINTIFFS

**FILED THIS DATE**
**SEP 0 6 2007**
ARTHUR JOHNSTON, CHANCERY CLERK
BY _____ D.C.

v.                                  CIVIL ACTION NO. 2006-718

MADISON MARKET, LLC
MADISON MARKET ONE, LLC,
MADISON MARKET II, LLC,
FRAZIER DEVELOPMENT, LLC,
C. E. FRAZIER, JR. and H. CLAIBORNE FRAZIER                           DEFENDANTS

FILED
TIME ___ AM/PM

OCT - 5 2007
JOYCE R. LOFTIN
LEE CO. CIRCUIT CLERK

**FILED**
**SEP 2 6 2007**
BARBARA DUNN, CIRCUIT CLERK
BY _____ D.C.

**AGREED JUDGMENT**

THIS CAUSE having come on for hearing on the Complaint filed herein by Plaintiffs, and the Court having considered said Complaint and Answer of Defendants filed herein, and such matters as presented by parties present, and otherwise being thoroughly familiar in the premises is of the opinion and so finds that this Court has complete jurisdiction of the parties and subject matter of this proceeding; that Plaintiffs and Defendants have announced that they have entered into a full and complete settlement of all issues joined herein and have likewise agreed to the entry of this Agreed Judgment, as evidenced by the signatures affixed hereto, and that this Agreed Judgment should be entered forthwith; good cause having been shown therefor.

IT IS THEREFORE, ORDERED AND ADJUDGED that Plaintiffs should be and hereby are awarded a judgment against Defendants Madison Market, LLC, Madison Market One, LLC, Madison Market, II, LLC, Frazier Development, LLC, C. E. Frazier, Jr. and H. Claiborne Frazier: as follows:

    a. For Hines-Phillips Properties, LLC the sum of $209,580.00, plus interest at the rate of nine per cent (9%) per annum from and after August 1, 2007, until paid.

    b. For E. R. Hines, Jr. the sum of $112,750.00, plus interest at the rate of nine per cent


EXHIBIT E

BOOK 0312 PAGE 0402

(9%) per annum from and after August 1, 2007, until paid.;

    c. For all Plaintiffs all costs incurred herein, for all of which let execution issue.

SO ORDERED AND ADJUDGED this the 5th day of September, 2007.

*Cynthia L. Brewer*
CHANCERY COURT JUDGE

APPROVED:

HINES-PHILLIPS PROPERTIES, LLC,
                                  Plaintiff

E. R. HINES, Plaintiff
By: *James L. Martin*
JAMES L. MARTIN, Their Attorney

MADISON MARKET, LLC
By: *C Frazier*

MADISON MARKET ONE, LLC, Defendant
By: *C Frazier*

MADISON MARKET TWO, LLC, Defendant
By: *C Frazier*

FRAZIER DEVELOPMENT, LLC, Defendant
By: *C Frazier*

*C. E. Frazier*
C. E. FRAZIER, JR., Defendant

*H. Claiborne Frazier*
H. CLAIBORNE FRAZIER, Defendant

*Philip W. Thomas*
PHILIP W. THOMAS, Defendants' Attorney

FILED
TIME _____ AM / PM
OCT - 5 2007
JOYCE R. LOFTIN
LEE CO. CIRCUIT CLERK
_____ D.C.

E.R. Hines Jr
(#25584
4:58 PM)
(#25585
5:02 PM)
(#25586
5:03 PM)
(#25587
5:05 PM)
(#25588
5:07 PM)
(#25589
5:09 PM)

Hines-Phillips Properties
(#25568
4:45 PM)
(#25572
4:48 PM)
(#25575
4:50 PM)
(#25578
4:52 PM)
(#25580
4:54 PM)
(#25582
4:56 PM)

2

BOOK 0312 PAGE 0403

Prepared by:

James L. Martin
Depot Building
105 Depot Drive
Madison, MS 39110
601-605-8692
MS BAR NO. 1891

STATE OF MISSISSIPPI
MADISON COUNTY
    I, Arthur Johnston, Chancery Clerk of the above named County and State, do certify that the foregoing instrument is a true and correct copy of the original.
    Witness my signature and seal of court
This the 27th day of Sept., 20 07
ARTHUR JOHNSTON, CHANCERY CLERK
BY: _____ D.C.

STATE OF MISSISSIPPI
MADISON COUNTY
    I, Arthur Johnston, Chancery Clerk of the above named County and State, do certify that the foregoing instrument is a true and correct copy of the original.
    Witness my signature and seal of court
This the 6th day of ____, 20 07
ARTHUR JOHNSTON, CHANCERY CLERK
BY: _____ D.C.

MADISON COUNTY MS   This instrument was filed for record September 6, 2007.
Book 312 Page 401
ARTHUR JOHNSTON, C.C.
BY: _____ D.C.

3