0329 PAGE 220

IN THE CHANCERY COURT OF MADISON COUNTY, MISSISSIPPI

AMY ATWOOD FRAZIER                                              MOVANT

VS                           CIVIL ACTION, FILE NO. 2007-802

HARRIS CLAIBORNE FRAZIER                                     RESPONDENT

<u>JUDGMENT AMENDING JUDGMENT OF DIVORCE</u>

**THIS MATTER** coming on to be heard on the Motion to Amend Judgment filed herein by Amy Atwood Frazier, and the Court having considered the matter is of the opinion as follows:

1. The Court has jurisdiction over the subject matter and of the parties hereto.

2. Amy Atwood Frazier and Harris Claiborne Fraizer were formerly husband and wife and were divorced by Judgment of Divorce rendered in this action on November 29, 2007, and filed on February 11, 2008.

3. Harris Claiborne Frazier did not appear or participate in the trial of the divorce. Amy Atwood Frazier was awarded certain assets based upon her knowledge of the assets at the time of the divorce hearing on November 29, 2007. In the Judgment of Divorce Amy Atwood Frazier was awarded ½ of Harris Claiborne Frazier's 401(K) Plan. It has been determined that Harris Claiborne Frazier had no funds in a 401(K) Plan at the time of the divorce. Amy Atwood Frazier was awarded the marital home of





FILED THIS DATE OCT 0 8 2008
ARTHUR JOHNSTON, CHANCERY CLERK
BY _____ D.C.

the parties located at 144 Overlook Pointe, Madison, Mississippi. This marital home had previously been conveyed and was not owned by the parties at the time of the divorce.

4. Amy Atwood Frazier had loaned to Harris Claiborne Frazier the sum of $120,000.00 from non marital assets. Amy Atwood Frazier should be awarded a judgment against Harris Claiborne Frazier in the sum of $120,000.00 together with interest at the legal rate.

5. Harris Claiborne Frazier is the owner of an interest in Mathena Wetlands, LLC, a Mississippi Limited Liability Company. Amy Atwood Frazier should be awarded Harris Claiborne Frazier's interest in Mathena Wetlands, LLC. Harris Claiborne Frazier is the owner of an undivided two-thirds (2/3rds) interest in Frazier Development, LLC, a Mississippi Limited Liability Company. Amy Atwood Frazier should be awarded one-half (½) of such interest owned by Harris Claiborne Frazier in Frazier Development, LLC. That such interests awarded to Amy Atwood Frazier will properly adjust the equitable distribution attempted to be made at the divorce hearing in this matter.

6. That all other terms of the Judgment of Divorce should remain the same.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the Judgment of Divorce rendered in this action on November 29, 2007, and filed in this action on February 11, 2008, be, and the same hereby is, amended by providing that Amy Atwood Frazier be awarded the interest of Harris Claiborne Frazier in Mathena Wetlands, LLC, a Mississippi liability company, and by awarding unto Amy Atwood Frazier one-half (½) of the interest of Harris Claiborne Frazier in Frazier Development, LLC.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that Amy Atwood Frazier be awarded a Judgment in the sum of $120,000.00 together with interest at the legal rate against Harris Claiborne Frazier.

SO ORDERED AND ADJUDGED this the 8th day of October, 2008.

_____
CHANCELLOR

Submitted to for Criticism:

_____
Rob Curtis, Attorney for
Harris Claiborne Frazier

_____
HARRIS CLAIBORNE FRAZIER

_____
Don A. McGraw, Jr., Attorney
for Amy Atwood Frazier

_____
AMY ATWOOD FRAZIER

I:\DAMP\JUDGMENT\atwood frazier amended judgment.wpd

3

MADISON COUNTY MS   This instrument was
filed for record Oct. 10, 2008.
Book 329   Page 220
ARTHUR JOHNSTON, C.C.
BY: _____ D.C.