IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HARRIS CLAIBORNE FRAZIER                    CASE NO. 08-03051 EE

DEBTOR

## MOTION TO LIFT THE AUTOMATIC STAY

COMES NOW Holly Dian Hughes Crawford, by counsel, and moves the Court to lift the automatic stay as follows:

1.    Holly Dian Hughes Crawford and Harris Claiborne Frazier are the parents of a minor child, namely, Ella Dian Hughes, born February 7, 2004.

2.    Holly Dian Hughes Crawford was awarded the primary physical custody of the aforesaid minor child by the <u>Juvenile Court of Williamson County, Tennessee, In the Matter of: Ella Dian Hughes, date of birth 02/17/2004, A Child Under Eighteen (18) Years of Age, Social File No. 241361, Legal File No. 28150, Docket No. 61354</u> on March 5, 2009. Additionally, the aforesaid Court required Harris Claiborne Frazier to pay the sum of $106,800.00 as child support arrearage and for him to pay the monthly sum of $2,000.00, beginning March 6, 2009. Attached hereto as Exhibit "A" is a true and correct copy of said Judgment.

3.    The aforesaid Tennessee Judgment was duly entered and enrolled in the Chancery Court of Madison County, Mississippi. Attached hereto as Exhibit "B" is a true and correct copy of said enrollment.

4.    Harris Claiborne Frazier has wholly failed to pay the child support arrearage, as well as the monthly child support, which began on March 6, 2009. Holly Dian Hughes Crawford is desirous of filing the appropriate pleadings, Petitions and Complaints with the

Chancery Court of Madison, Mississippi in order to get the appropriate relief against Harris Claiborne Frazier's failure to pay child support.

WHEREFORE, PREMISES CONSIDERED, Holly Dian Hughes Crawford moves the Court to grant relief from the automatic stay in order pursue child enforcement proceeding and Holly Dian Hughes Crawford further requests such other relief to which she may be entitled in the premises.

Respectfully submitted,

HOLLY DIAN HUGHES CRAWFORD

BY: ROBERT L. SPOTSWOOD

PREPARED BY:

ROBERT L. SPOTSWOOD, MSB#9034
SPOTSWOOD LAW FIRM, P.A.
P. O. BOX 180118
RICHLAND, MS 39218
TELEPHONE: (601) 936-6003
FACSIMILE: (601) 936-5967
Attorney for Holly Crawford

## CERTIFICATE OF SERVICE

I, Robert L. Spotswood, attorney for Holly Dian Hughes Crawford, do hereby certify that I have this day caused to be served, via CM/ECF and/or United States Postal Service, a true and correct copy of the above and forgoing "Motion to Lift the Automatic Stay to:

      DEREK HENDERSON
      d_henderson@bellsouth.net

      R. MICHAEL BOLEN
      Ust.pregion05.ab.ecf@usdoj.gov

_____
ROBERT L. SPOTSWOOD

ROBERT L. SPOTSWOOD, MSB#9034
SPOTSWOOD LAW FIRM, P.A.
P. O. BOX 180118
RICHLAND, MS 39218
TELEPHONE: (601) 936-6003
FACSIMILE: (601) 936-5967
Attorney for Holly Crawford