IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAY 11 2010

DANNY L. MILLER, CLERK
BY_____ DEPUTY CLERK

| | |
|---|---|
| IN RE:   HARRIS CLAIBORNE FRAZIER | CHAPTER 7 |
| DEBTOR | CASE NO. 08-03051-EE |

## ORDER ON MOTION TO LIFT THE AUTOMATIC STAY

THIS MATTER CAME before the Court on the Movant's, Holly Hughes Crawford, Motion (DK# 164) to Lift the Automatic Stay, with no written objection filed thereto; and, the Court having considered said motion and being duly advised in the premises, finds that said motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that the automatic stay herein shall be, and is hereby lifted as to the Movant insofar as she may proceed with the collection of the domestic support obligations owed to her by the Debtor.

IT IS FURTHER ORDERED AND ADJUDGED that the stay relief granted in this order is effective immediately, and this order is excepted from the stay provisions of Bankruptcy Rule 4001(a)(3).

SO ORDERED, this the 11th day of May, 2010.

_____
U.S. Bankruptcy Judge

Prepared & Submitted By:

/s/ Robert L. Spotswood
_____
Robert L. Spotswood  (mbn 9034)
SPOTSWOOD LAW FIRM
368 Scarbrough Street
P O Box 180118
Richland, Mississippi 39218-0118
Phone/Fax: 601 936 6003/601 936 5967
Email: lawfirm218.AGJ@att.net
*Attorney for Movant Holly Crawford*